**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6304**

---

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

    v.

JAVAID A. PERWAIZ,

            Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:19-cr-00189-RBS-DEM-1)

---

Submitted:  August 21, 2025                    Decided:  August 26, 2025

---

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Javaid A. Perwaiz, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javaid A. Perwaiz appeals the district court's order denying his postjudgment motions for accounting and for issuance of a show cause order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Perwaiz*, No. 2:19-cr-00189-RBS-DEM-1 (E.D. Va. Mar. 21, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*